UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 16-62320-CIV-WJZ

TIFFANY MCKINLEY,

    Plaintiff,

vs.

MRL PRINTING LLC and
MICHAEL R. LEVITT,

    Defendants.
_____/

**JOINT MOTION FOR APPROVAL OF THE**
**SETTLEMENT AGREEMENT AND STIPULATION FOR DISMISSAL**

Plaintiff, TIFFANY MCKINLEY ("Plaintiff" or "MCKINLEY"), and Defendants, MRL PRINTING LLC AND MICHAEL R. LEVITT (collectively, "Defendants") (Plaintiff and Defendants collectively referred to as the "Parties"), by and through their respective undersigned counsels, jointly move this Court for an Order approving the Parties' Settlement Agreement and dismissing this case with prejudice, and as grounds for this motion, the parties state:

1.    Plaintiff filed this action against Defendants under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") for unpaid overtime wages. The Parties request that this Court approve the Settlement Agreement in this matter.

2.    Defendants deny and dispute liability, damages entitlement, and calculations of Plaintiff's claims. There are bona fide disputes as to whether Plaintiff was entitled to be paid overtime wages for which she was not compensated.

3.    The Parties to this litigation have reached a fair and equitable resolution in this matter, as memorialized in their written Settlement Agreement.

4. The settlement is fair to Plaintiff because it resolves a dispute between the Parties as to the monies she claims are owed to her by Defendants. In light of the apparent risk and expense to both parties in continuing with the litigation, the parties, through their authorized representatives and counsel of record, have reached a fair and reasonable, confidential settlement.

5. At all times relevant to this action, the Plaintiff has been represented by Angelena M. Root, P.A., and has had the benefit of its counsel and advice.

6. A confidential Settlement Agreement was negotiated on behalf of all of the Parties, the terms of which reflect a reasonable compromise of the Parties' many disputed issues. The Settlement Agreement fairly and reasonably compromises and takes into account each party's interest, benefits, and rights, pursuant to the criteria and policy considerations set forth in <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1354 (11th Cir. 1982). The award of attorneys' fees and costs fully satisfies Plaintiff's obligation for same, and no portion of Plaintiff's settlement funds will be attached. There was no undue influence, collusion, intimidation or overreaching involved in the Parties effectuating the Settlement Agreement.

7. The Settlement Agreement is, however, conditioned on the Court's approval of the Settlement Agreement and subsequent dismissal of this action with prejudice. Therefore, the Parties request an in camera review of the Settlement Agreement, and will be delivering it under separate cover for the Court's review to preserve the confidentiality of the Settlement Agreement.

8. A proposed Order on this Motion is attached hereto as Exhibit A.

WHEREFORE, the parties to this litigation respectfully request this Court to approve their Settlement Agreement and to dismiss the case with prejudice, reserving jurisdiction to enforce its terms.

## CONSENT OF COUNSEL FOR DEFENDANTS

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendants has authorized her to affix his electronic signatures to this Joint Motion for Approval of Settlement Agreement and Stipulation for Dismissal.

**DATED this 26th day of October, 2016.**

**Respectfully submitted,**

| | |
|---|---|
| /s/ Angelena M. Root, Esq. | /s/ Scott J. Weiselberg, Esq. |
| **Angelena M. Root, Esq.** | **Scott J. Weiselberg, Esq.** |
| Florida Bar No. 101751 | Florida Bar No. 122701 |
| E-mail: amrootesq@gmail.com | E-mail: weiselberg@kolawyers.com |
| *Attorneys for Plaintiff* | **KOPELOWITZ OSTROW** |
| 1931 Cordova Road, #303 | **FERGUSON WEISELBERG GILBERT** |
| Fort Lauderdale, FL 33316 | *Attorneys for Defendants* |
| Boca Raton, FL 33432 | One West Las Olas Blvd., Suite 500 |
| (954) 986-2101- Telephone | Fort Lauderdale, FL 33301 |
| (954) 212-0774 - Facsimile | (954) 525-4100 – Telephone |
| | (954) 525-4300 – Facsimile |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2016, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Scott Weiselberg, Esq.
Email:  weiselberg@kolawyers.com
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone:  (954) 525-4100
Facsimile:   (954) 525-4300

/s/ Angelena M. Root, Esq.
Angelena M. Root, Esq.

10313-002/00828954_1